

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EEA/ANW/amh
F. #2016R01958

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 25, 2019

By FedEx

Marion Seltzer, Esq.
1725 York Avenue
Suite 16B
New York, NY 10128

   Re: United States v. Blaise Caroleo
     Criminal Docket No. 17-CR-177 (ENV)

Dear Ms. Seltzer:

  Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government reiterates its request for reciprocal discovery from the defendant.

  The Government's Discovery

  Enclosed are copies of the following:

  Documents relating to the defendant's employment, Bates-numbered CAROLEO-001775 to CAROLEO-001939.

  The defendant's emails from the Metropolitan Detention Center from August 16, 2019 to October 24, 2019, Bates-numbered CAROLEO-001940 to CAROLEO-002073.

    If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

            Very truly yours,

            RICHARD P. DONOGHUE
            United States Attorney

     By:  /s/   Erin E. Argo
        Erin E. Argo
        Alicia N. Washington
        Assistant U.S. Attorneys
        (718) 254-6049/6009

Enclosures
cc: Clerk of the Court (ENV) (by ECF) (without enclosures)