RD 11/7/19
WLM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

                                                                                17-CR-177

NOTICE OF MOTION
TO ADMIT COUNSEL
BLAISE CAROLEO                                     PRO HAC VICE
-----------------------------------------------------------X

TO:     Opposing Counsel
           Erin Argo, AUSA

           Alicia Washington, AUSA

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I _____Marion Seltzer_____ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of ____Durkin & Roberts____ and a member in good standing of the bar(s) of the State(s) of _____New York_____, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for _____Blaise Caroleo_____. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 31 October 2019                          *Marion Seltzer*
                                           Signature of Movant
                                           Firm Name __Marion Seltzer__
                                           Address __1725 York Avenue, Suite 16-B__
                                                     New York, NY 10128
                                         Email __marionseltzer23@gmail.com__
                                         Phone __(212) 289-8798__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------

United States           Plaintiff(s),

v.

Blaise Caroleo          Defendant(s).

-------------------------------------------------------

17-CR-177

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE***

I, _____Shelby Sullivan-Bennis_____, being duly sworn, hereby depose and say as follows:

1. I am an _attorney of Counsel_ with the law firm of _____Durkin & Roberts_____.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of _____New York_____.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I ___have not___ been convicted of a felony. If you have, please describe facts and circumstances.

6. I ___have not___ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: ___5364278___
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case __17-cr-177__ for _____Blaise Caroleo_____.

Date___31 October 2019___

Signature of Movant
Firm Name_____Durkin & Roberts_____
Address_____2446 North Clark St._____
_____Chicago, IL 60614_____

**NOTARIZED**

[Notary Seal: SCOTT P. JAMIESON, NOTARY PUBLIC, STATE OF RHODE ISLAND]

Email__shelby.sullivan.bennis@gmail.com__
Phone_____(401) 660-6538_____



## Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that Shelby Marie Sullivan-Bennis was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 13th day of January 2016, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on November 06, 2019.



*Aprilanne Agostino*
Clerk of the Court