UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    O R D E R

       - against -                              17-CR-177 (ENV)

BLAISE CAROLEO,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

          This matter comes before the Court on the Application of CYRUS VANCE,

District Attorney, New York County, by Margot Gendreau, Assistant District Attorney, for

an order permitting the use of all necessary force to compel the production of BLAISE

CAROLEO, inmate number 89699-053, for an appearance in the Supreme Court, Criminal

Term, New York County, Courtroom TAPA, 100 Centre Street, on February 27, 2020.

          The Court finds that this Application is made in good faith in that the

defendant refused to appear in court on February 11, 2020, as well as on prior occasions, and

that there is a reasonable belief that the requested relief is necessary to secure the production

of the defendant in the Supreme Court, Criminal Term, New York County, Courtroom

TAPA, 100 Centre Street, on February 27, 2020.

It is, therefore,

ORDERED pursuant to 28 U.S.C. § 1651 that the Bureau of Prisons and the United States Marshals Service shall use all necessary force to secure the presence of BLAISE CAROLEO, inmate number 89699-053, in the Supreme Court, Criminal Term, New York County, Courtroom TAPA, 100 Centre Street, on February 27, 2020.


Dated:      New York, New York
            February 26, 2020


                              s/ Eric N. Vitaliano
            _____
            THE HONORABLE ERIC N. VITALIANO
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF NEW YORK