

# American Bible Academy

Presents this Certificate to

**Blaise Joseph Caroleo**

upon successful completion of

<u>The Gospel of John</u>

Awarded the 30th day of March, 2021.

_Joseph Walsh_
ACADEMIC DEAN

_Mrs. Laura Waddell_
REGISTRAR

DEFENDANT'S EXHIBIT A



# Certificate of Completion

**U.S. Department of Justice**
Federal Bureau of Prisons

We present this Certificate to

*Blaise Carales*

"The Importance of Saving"
Modified Operation - Self Study

*J. Chacon*
J. Chacon - Teacher
March 01, 2021

DEFENDANT'S EXHIBIT B



# Certificate of Completion

**U.S. Department of Justice**
Federal Bureau of Prisons

We present this Certificate to

*Blaise Canales*

**Parenting Modified**
*Modified Operation- Self Study*

J. Chacon - Teacher
February 5, 2021

DEFENDANT'S EXHIBIT C