To whom it may concern,

I am writing this letter in hopes that you will be able to see my uncle Blaise through my eyes. During my younger years my parents suffered from addiction which left my siblings and I somewhat neglected. This went on for the majority of my childhood. Had it not been for family members like my uncle stepping in we may not have known the world cared what happened to us. He made sure Christmas's were filled with gifts and family, and weekends were for swimming and fun. He made us feel protected. A situation when I was early in my teens when my siblings and I were going to be split up and placed in the system. Well Uncle Blaise came to the rescue. We stayed with him and his family until my mother was prepared for us and then he flew us to her in Dallas. Over the years our family has become very diverse. We are now a bi-racial family if you will. For some family member's (especially the older ones) this has been hard, but not for Uncle Blaise. It would be a great injustice for my Uncle Blaise's fate to be decided without a good picture of the whole man. He is ours He is Loved, He is kind, strong, smart and forgiving. He keeps an open mind which is no small achievement considering the senior members of our family. Please open your eyes just a little wider so you may see a Glimpse of "My Uncle Blaise".

Sincerely,

Kimberlyann Risalvato

Kimberlyann Risalvato | Guest Engagement Agent
Kimberlyann.risalvato@brinker.com
972.770.8758




DEFENDANT'S EXHIBIT D



5-2018

To whom It May Concern,

I am writing this letter on behalf of my Uncle (Blaise Carolei). Let me start by saying that in my opinion I love this man unconditionally and think he one of the most intelligent men I've known. My Uncle is known to be one of the first and only one to rush to help anyone no matter what. The love he shows for his family is something you don't often see. Growing up we always knew we were safe with him around. Without batting an eyelash he was always there for us. He is funny, kind, genuine, and sweet. I wouldn't know him to hurt a fly. We all often make senseless decisions. He is deeply missed by our family. Our family wont be the same until we can be with him again. We all long for the day we can be together again. Please consider this letter to show he is one of the best people I know and I'm proud to call him my Uncle. He will always be my favorite Uncle.

Regards
Jennifer Santana (Carolei)