**MARION A. SELTZER**
**Attorney at Law**
**1725 York Avenue - Suite 16B**
**New York, New York 10128**

**Telephone:  (212) 289-8798**               **E-mail:   MarionSeltzer23@gmail.com**
 **Mobile : (917) 922-8640**

December 5, 2021

Hon. Eric N. Vitaliano
United States District Judge EDNY
225 Cadman Plaza East
Brooklyn New York 11201

BY ECF

Re: United States of America v Blaise Caroleo, 17 CR 177 (ENV)

Dear Judge Vitaliano,

    I write concerning the sentencing date for my client Blaise Caroleo, presently scheduled for December 8, 2021.  Last night I received an e- mail from Mr. Caroleo asking that I contact the court and request a postponement of the sentencing date.  Mr. Caroleo advised me that he injured his hip and is in serious pain.  He states that if he is put on a bus in leg irons and goes up and down on the bus steps, the pain will be severe.  Because of this, and also a second hip injury, he has a hard time walking.

    I contacted AUSA Erin Argo to see if the government would consent to this application. Ms. Argo's response is that the government opposes any delay of the sentencing proceedings.

                                                               Respectfully yours,

                                                               Marion Seltzer