BGK:TRP
F. #2016R01958

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

BLAISE CAROLEO,
    also known as "Nimfeater,"

                  Defendant.

- - - - - - - - - - - - - - - X

FINAL ORDER OF FORFEITURE

17-CR-177 (S-1)(ENV)

        WHEREAS, on or about November 13, 2019, Blaise Caroleo, also known as "Nimfeater" (the "defendant"), entered a plea of guilty to Count Four of the above-captioned Superseding Indictment, charging a violation of 18 U.S.C. § 2251(a);

        WHEREAS, on March 27, 2020, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that all right, title and interest in the following:

    (a)    One (1) Motorola XT1565 Driod MAXX2 cellular phone, serial number 990006240909332, seized from the defendant on or about February 24, 2016;

    (b)    One (1) HTC D100LVW cellular phone, serial number FA5CWSX02192;

    (c)    One (1) Verizon QTAIR7 Ellipsis tablet, serial number IR721L5512K42IAV; and

      (d)      One (1) Motorola XT1080 Droid cellular phone, serial number ZY222T2IMS, items (b) – (d) all seized from a residence on or about October 12, 2016 in Staten Island, New York;

items (a) – (d), (collectively, hereinafter, the "Seized Property") are forfeitable to the United States, pursuant to 18 U.S.C. §§ 2253(a) and 2253(b), as: (a) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B or 2260, or an book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) property, real or personal, constituting, or traceable to, gross profits or other proceeds obtained from the offense of defendant's violation of 18 U.S.C. § 2251(a); (c) property, real or personal, used or intended to be used to commit or to promote the commission of said offenses or any property traceable to such property, and/or; (d) substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

      WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning January 23, 2021, through and including February 21, 2021 (ECF No. 106); and

      WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 2253(a) and 2253(b) and 21 U.S.C. § 853(p), and the Preliminary Order, all right, title, and interest in the Seized Property are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the "United States Marshals Service", or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order, and the Final Order of Forfeiture shall be made part of the defendant's sentence and included in the judgment of conviction.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail four (4) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: WITS Solutions Paralegal Yvette Ramos, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated: Brooklyn, New York
       March 2, 2022

SO ORDERED:

/s/Eric N. Vitaliano

HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK